| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>HUBERT GRAHAM, )<br>           Defendant. ) | <u>ORDER</u> |

The Clerk of this Court is DIRECTED to disburse to Johnston County Sheriff's Department and the N.C. State Bureau of Investigation the sum of eight thousand six hundred fifty-nine dollars and fifty-two cents ($8,659.52), which sum represents the unclaimed funds in this case remaining in this court's registry as of February 14, 2011.

SO ORDERED.

This the 14th day of February, 2011.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge